IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHAUNCEY VINCENT THOMAS, SR.,
    Plaintiff,

vs.	Case No.   3:11cv364/LAC/CJK

WARDEN HALEY, et al.,
    Defendants.
_____

O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 26, 2012. (Doc. 23). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff subsequently filed a pleading entitled "Notice of Appeal" that seemed to direct substantive arguments to this Court, yet also appeared to inform this Court that Plaintiff had filed a Notice of Appeal with the Eleventh Circuit Court of Appeals on May 1, 2012. Because Plaintiff may have intended through his "Notice of Appeal" to file an Objection to the Report and Recommendation, this Court will treat it as such. I have made a <u>de novo</u> determination of the objections.

    Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

    It bears noting that, while Plaintiff objects that he was time-constricted in his ability to complete grievance process in order to administratively exhaust the claims

in his complaint, he failed to move for additional time or otherwise avail himself of avenues of relief within the grievance system. See F.A.C. r. 33-103.011.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(b)(ii) for plaintiff's failure to state a claim upon which relief may be granted.

3. The clerk is directed to close the file.

DONE AND ORDERED this 11th day of May, 2012.

*s/L.A. Collier*
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE